# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3303

_____

Brad Bigalke,

        Appellant,

      v.

State of Minnesota Department of
Veterans Affairs; and AFSCME
Council 5 AFL-CIO,

        Appellees.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*  [UNPUBLISHED]
\*
\*
\*

_____

Submitted: February 8, 2011
Filed:  February 11, 2011

_____

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Brad Bigalke appeals the district court's[1] final judgment dismissing with prejudice his claims of Americans With Disabilities Act violations by the State of Minnesota Department of Veterans Affairs and breach of the duty of fair representation by AFSCME Counsel 5, AFL-CIO, and dismissing without prejudice

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

his remaining state law claims.  Upon careful review, <u>see</u> <u>Gibson v. Weber</u>, 433 F.3d 642, 647 (8th Cir. 2006) (abuse-of-discretion review of decision not to exercise supplemental jurisdiction); <u>Luney v. SGS Auto. Servs., Inc.</u>, 432 F.3d 866, 867 (8th Cir. 2005) (de novo review of grant of motion to dismiss), we affirm for the reasons stated by the district court, <u>see</u> 8th Cir. R. 47B.

_____